ORIGINAL

FILED

MAY - 4 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LETICIA DAAN FIGURACION,<br><br>    Defendant. | Criminal Case No. '09 CR 1622 JAH<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 1344 - Bank Fraud |

The United States Attorney charges:

Beginning in 1992 and continuing up to and including September 15, 2008, within the Southern District of California, defendant LETICIA DAAN FIGURACION knowingly executed a scheme and artifice, with the intent to defraud, and obtain money from USA Federal Credit Union, a federally insured financial institution, by means of material and false and fraudulent pretenses, representations and promises, and the intentional concealment and omission of material facts, that is, defendant LETICIA DAAN FIGURACION stole approximately $1.5 million in cash from the vault at USA Federal Credit Union's Yokota Branch, located on the Yokota Air Base in Yokota Japan, and falsely reported the daily cash balance at USA Federal Credit Union's

Yokota Branch to USA Federal Credit Union's headquarters, located in San Diego, California, in order to conceal her scheme to defraud USA Federal Credit Union; in violation of Title 18, United States Code, Section 1344.

DATED: April 24, 2009.

KAREN P. HEWITT
United States Attorney

*[signature]*

JOSEPH J.M. ORABONA
Assistant U.S. Attorney